**STATE v. PHELPS**

[358 N.C. 142 (2004)]

STATE OF NORTH CAROLINA v. DWIGHT RAYMOND PHELPS

No. 165A03

(Filed 5 March 2004)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 156 N.C. App. 119, 575 S.E.2d 818 (2003), finding no prejudicial error in a judgment entered 11 September 2001 by Judge Richard L. Doughton in Superior Court, Forsyth County. Heard in the Supreme Court 16 February 2004.

*Roy Cooper, Attorney General, by Marc Bernstein, Assistant Attorney General, for the State.*

*Marjorie S. Canaday, for defendant-appellant.*

*Seth H. Jaffe, on behalf of the American Civil Liberties Union of North Carolina Legal Foundation, amicus curiae.*

PER CURIAM.

For the reasons stated in the dissenting opinion, we reverse the decision of the Court of Appeals.

REVERSED.